# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Jesse Edwards, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING REPORT** |
| | ) | **AND RECOMMENDATION** |
| vs. | ) | |
| | ) | Case No. 1:16-cv-086 |
| Supreme Court of the United States, | ) | |
| | ) | |
| Defendant. | ) | |

The Plaintiff initiated this *pro se* civil rights action on April 25, 2016. See Docket No. 1. After screening the complaint as required by 28 U.S.C. § 1915(e)(2), Magistrate Judge Charles S. Miller, Jr. issued a Report and Recommendation on April 27, 2016, in which he granted the application to proceed *in forma pauperis* and recommended the matter be dismissed as frivolous. The parties were given fourteen days to file any objections to the Report and Recommendation. No objections were filed.

The Court has carefully reviewed the Report and Recommendation, relevant case law, and the entire record, and finds the Report and Recommendation to be persuasive. The complaint is clearly frivolous on its face. Accordingly, the Court **ADOPTS** the Report and Recommendation (Docket No. 3) in its entirety and **ORDERS** and the action be **DISMISSED**.

**IT IS SO ORDERED.**

Dated this 17th day of May, 2016.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, District Judge
United States District Court